| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Filip, Mark R. | 2. Court or Organization<br>U.S. District Court<br>Northern District of Illinois | 3. Date of Report<br><br>5/31/08 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br>U.S.District Judge<br>(Resigned 3/10/08 to begin service<br>as Deputy A.G., U.S. Dept. Justice | 5a. Report Type (check appropriate type)<br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☑ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br>1/1/2007<br>to<br>3/10/08 |
| 7. Chambers or Office Address<br>219 S. Dearborn, 19th Floor<br>Chicago, Illinois  60068 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions.)

☐ NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Board Member | University of Illinois Alumni Association |
| 2. Board of Advisors Member; Senior<br>Citizens Social Services Committee | Catholic Charities of Chicago |
| 3. Lecturer in Law | University of Chicago Law School |
| 4. Trustee | Trust No. 1 |
| 5. Trustee | Trust No. 2 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions.)

☐ NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 2007 to resignation date | Skadden Arps Slate Meagher & Flom Retirement Plan –<br>no control, money inaccessible until age 55.  Do<br>not know composition of the investment funds. |
| 2. | |
| 3. | |

RECEIVED 2008 JUN -6 A 9:56 FINANCIAL DISCLOSURE OFFICE

U9/00/2000 11.41 FAA 202 902 1099   FIN DISCLOSURE   Ø 006/010

| FINANCIAL DISCLOSURE REPORT Page 2 of 6 | Name of Person Reporting Mark R. Filip | Date of Report 5/31/08 |
|---|---|---|

## III. NON-INVESTMENT INCOME. *(Reporting Individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2007 and to date of resignation. | University of Chicago Law School (Lecturer in Law) | $24,000 (2007 and prorated through resignation in 2008) |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | None | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing Instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | None | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark R. Filip | 5/31/08 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Ryan Stoll and Matthew Kipp | Downtown health club membership for birthday. | approx $450. |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | None | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

# FINANCIAL DISCLOSURE REPORT
## Page 4 of 6

| Name of Person Reporting | Date of Report |
|---|---|
| Mark R. Filip | 5/31/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northern Trust Accounts | A | Int | K | T | | | | | |
| 2. Trust No. 1 (Northern Stock Index Fund) | A | Div | J | T | | | | | |
| 3. Trust No. 2 (Northern Stock Index Fund) | A | Div | J | T | | | | | |
| 4. IRA Account | B | Div | L | T | Automatic | | | | |
| 5. (Northern Stock Index Fund) (Northern Money Market Fund) | | | | | Reinvestments of dividends or gains into index funds. | | | | |
| 6. Investment Account No. 1 | D | Div | M | T | | | | | |
| 7. | | | | | Sell | 2/2/07 | K | D | |
| 8. | | | | | Sell | 11/14/07 | J | B | |
| 9. | | | | | Sell | 12/7/07 | J | A | |
| 10. | | | | | Sell | 12/31/07 | J | A | |
| 11. | | | | | Sell | 1/22/08 | K | A | |
| 12. Skadden Arps Pension Plan | None | | M | T | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| | P3 –$25,000,001 - $50,000,000 | | P4 –More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R –Cost (Real Estate Only) | S –Assessment | T –Cash Market | |
| | U =Book Value | V –Other | W =Estimated | | |

FIN DISCLOSURE

| Name of Person Reporting | Date of Report |
|---|---|
| Mark R. Filip | 5/31/08 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Mark R. Filip | 5/31/08 |

## IX. CERTIFICATION.

I certify that all Information given above (Including Information pertaining to my spouse and minor or dependent children, If any) is accurate, true, and complete to the best of my knowledge and belief, and that any Information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned Income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544